**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SHARON G. TYNDALL,

        Plaintiff,

vs.                                                 Case No. 3:10-cv-234-J-32TEM

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

        Defendant.

## **ORDER**

This case is before the Court on Plaintiff's appeal of an administrative decision denying her application for disability insurance benefits under the Social Security Act (Doc. 1). The parties filed briefs and the administrative record and, upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 19) recommending that the Commissioner's decision be reversed and that the case be remanded for further proceedings. The Commissioner did not file any objections to the Report and Recommendation and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 19), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 19) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Pursuant to sentence four of 42 U.S.C § 405(g) and 1383(c)(3), this case is hereby **REVERSED** and **REMANDED** to the Commissioner of Social Security for further proceedings including a re-evaluation of plaintiff's claim in accordance with the Commissioner's Regulations and the law of this Circuit. Upon remand, the ALJ shall re-weigh the opinion evidence, giving appropriate weight to the opinion of plaintiff's treating physician, Dr. James A. Scott.

3. The Commissioner is further directed to take such other action as may be necessary to properly resolve this claim.

4. Counsel for the Commissioner is directed to ensure that the ALJ receives a copy of the Magistrate Judge's Report and Recommendation (Doc. 19).

5. If plaintiff ultimately prevails upon remand, any petition for attorney fees under 42 U.S.C. § 406(b) shall be filed with thirty (30) days of the Commissioner's final decision to award benefits.

6. The Clerk is hereby directed to enter judgment accordingly and to **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of September, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge
counsel of record

2